# UNITED STATES DISTRICT COURT

### DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KAIJIA MALANA TRAYNHAM, | ) | |
| Plaintiff(s) | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:11-cv-30246 -MAP |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner | ) | |
| of Social Security Administration, | ) | |
| Defendant(s) | ) | |

### JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]    **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

  **IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** for the plaintiff Kaijia Malana Traynham, against the defendant Michael J. Astrue, Commissioner of Social Security Administration, pursuant to the court's memorandum and order entered this date, granting plaintiff's motion for remand and entry of judgment reversing the commissioner's decision.

                    **SARAH A. THORNTON**,
                    CLERK OF COURT

Dated:  February 25, 2013      By /s/ *Maurice G. Lindsay*
                    Maurice G. Lindsay
                    Deputy Clerk

(Civil Judgment (SSA- Routine - Remand)  .wpd - 11/98)
        [jgm.]